1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12   RAYMOND SAUCEDO,

13              Plaintiff,              CIV. S-03-1986 PAN

14         v.

15   JO ANNE B. BARNHART,                    ORDER
     Commissioner of Social
16   Security,

17              Defendant.

18                          —o○o—

19        On April 6, 2005, plaintiff was ordered to show cause in

20   writing why this action should not be dismissed for failure to

21   file a motion for judgment.  Plaintiff has failed to show cause

22   or otherwise respond to the court's order.

23        Good cause appearing therefor, this matter is dismissed.

24        Dated:  May 2, 2005.

25                          /s/ Peter A. Nowinski
                            PETER A. NOWINSKI
26                          Magistrate Judge